## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Lu v. Hermans                                                                      Docket No.: 25-3063

Lead Counsel of Record (name/firm) or Pro se Party (name): Samuel Weiss of Rights Behind Bars, Inc.

Appearance for (party/designation): Jianqiao Lu, Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
(☐) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
(☐) Incorrect.   The following parties do not wish to participate in this appeal:
        Parties: _____
(☐) Incorrect.   Please change the following parties' designations:
        Party                                        Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
(☐) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Samuel Weiss
Firm: Rights Behind Bars
Address: 1800 M Street NW, Front 1 #33821 Washington DC 20033
Telephone: 202-455-4399                            Fax: N/A
Email: sam@rightsbehindbars.org

## RELATED CASES

(✔) This case has not been before this Court previously.
(☐) This case has been before this Court previously.   The short title, docket number, and citation are: _____

(☐) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (☐) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Samuel Weiss
Type or Print Name: Samuel Weiss
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Lu

**CERTIFICATE OF SERVICE**\*

v.

Docket Number: 25-3063

Hermans

I, Samuel Weiss , hereby certify under penalty of perjury that
(print name)

on 2/4/2026 , I served a copy of Notice of Appearance Form
(date)

_____
(list all documents)

by (select all applicable)\*\*

___ Personal Delivery      X United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Jianqiao Lu | Buffalo FDF, 4250 Federal Drive | Batavia | NY | 14020 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

2/4/2026
Today's Date

/s/ Samuel Weiss
Signature

Certificate of Service Form (Last Revised 12/2015)